UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

20-CR-148 (JSR)

JUAN FERMIN,

                              Defendant.

-------------------------------------------------------------------X

I hereby consent to participate in the following proceedings by teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X_     Bail Violation Hearing

___     Conference Before a Judicial Officer

___/s Juan Fermin_____                 ___/s Mark Gombiner_____
Defendant's Signature/                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Juan Fermin_____                 ____Mark Gombiner_____
Print Defendant's Name/                                   Print Counsel's Name

This proceeding was conducted by reliable teleconferencing technology:

_____4/2/2020____                                   _____
Date:                                                 U.S. District Judge/U.S. Magistrate Judge