**MEMORANDUM**

TO:    <u>Honorable Sarah L. Cave</u>
           United States Magistrate Judge

FROM:   Bernisa M. Mejia
           Intensive Supervision Specialist
           United States Pretrial Services Officer

                                         **RE:**        Juan Fermin

                                    **DOCKET#:**   1:20-cr-00148-JSR-1

The attached memorandum was prepared by Intensive Supervision Specialist:

| **Bernisa M. Mejia** | **212-805-4314** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

       By Telephone  _____  on  <u>June 23, 2020</u>   at  <u>2:30.pm</u>_____
                         Date              Time

[ ]     I request that a Bail Review Hearing be conducted by:

         [ ]     The presiding Magistrate Judge in courtroom # 5A.

         [ ]     The District Court Judge presiding in Part I.

         [ ]   _____ at his/her earliest convenience.
                Judicial Officer

PS 3 - PAGE 2

[ ]     A bench warrant shall be issued for the defendant's arrest

[X      So ordered:_____     Date__6/16/2020_____