UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

-V-

JUAN FERMIN,

      Defendant.

CRIMINAL ACTION NO.: 20 Cr. 00148 (JSR)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, June 23, 2020 at 2:30 pm** on the Court's conference line. The parties, including Mr. Fermin, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:  New York, New York
     June 16, 2020

            SO ORDERED

            _____
            SARAH L. CAVE
            **United States Magistrate Judge**