```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
                                     :
        -against-                    :    ORDER    1:20-cr-00148-JSR-1
                                     :
        Juan Fermin                  :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

**Jed S. Rakoff,** United States District Judge:

ORDERED that the defendant's conditions of release be modified to include the following:

The defendant may attend the recording studio two times per week for three hours per day between the hours of 10 am to 6pm by submitting his request with 48-hour advance notice. Failure to abide these conditions will result in the denial of the schedule by Pretrial Services.

Dated: New York, New York
August __19__, 2020

                                          SO ORDERED

                                          _[signature]_

                                          Jed S. Rakoff
                                          United States District Judge