```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :    20-cr-148 (JSR)
          -v-                        :
                                     :
JUAN FERMIN,                         :    ORDER
                                     :
          Defendant.                 :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

The defendant Juan Fermin shall surrender by 11:00 a.m. on January 13, 2021 to the custody of the United States Marshal Service at the United States Courthouse at 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  New York, NY                    _____
        January 12, 2021                JED S. RAKOFF, U.S.D.J.